**Electronically Filed
Supreme Court
SCAD-22-0000099
30-JAN-2023
10:05 AM
Dkt. 136 ORD**

SCAD-22-0000099

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

DISCIPLINARY BOARD OF THE HAWAIʻI SUPREME COURT,
Petitioner,

vs.

MICHAEL JOHN COLLINS, II, aka MICHAEL CHARLES COLLINS,
aka MICHAEL JOHN COLLINS, aka MICHAEL JOHN COLLINS, XXVII
(HI bar #9087), Respondent.

---

ORIGINAL PROCEEDING
(ODC NO. 22-0051)

<u>ORDER DISSOLVING ORDER OF SUSPENSION</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of the December 29, 2022 declarations and exhibits submitted by Respondent Collins filed with regard to his pending October 3, 2022 motion to dissolve this court's April 5, 2022 interim suspension of his law license, imposed pursuant to Rule 2.23 of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH), the January 5, 2023 response from the Office of Disciplinary Counsel (ODC), the January 19, 2023 supplemental submission arranged by Respondent Collins, and the record in this matter, we conclude that Respondent Collins has made a good faith effort to comply with the terms of this court's

May 31, 2022 and November 28, 2022 orders, and, importantly, is currently cooperative with ODC in regards to his conduct which led to the instant interim suspension.   Therefore,

IT IS HEREBY ORDERED that Respondent Collins's October 3, 2022 motion to dissolve the April 5, 2022 interim suspension is granted.  The April 5, 2022 order of suspension is dissolved, without prejudice to ODC returning to this court for further relief if it deems appropriate to do so.

IT IS FURTHER ORDERED that Respondent Collins shall not return to the practice of law until he fulfills any and all administrative requirements imposed by Rule 17(d) of the Rules of the Supreme Court of the State of Hawaiʻi, administered by the Hawaiʻi State Bar Association.

DATED: Honolulu, Hawaiʻi, January 30, 2023.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins